## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEBORAH L. GOGEL, Individually<br>and as Surviving Spouse and Personal<br>Representative of the Estate of<br>WILLIAM M. GOGEL, JR.<br>702 Old Home Road<br>Baltimore, Maryland 21206 | * <br> * <br> * <br> * | |
| and | * | |
| AMANDA FOTI, as Surviving<br>Daughter of WILLIAM M. GOGEL, JR.<br>5815 Clearspring Road<br>Baltimore, Maryland 21212 | * <br> * | |
| and | * | |
| CANDACE GOGEL, as Surviving<br>Daughter of WILLIAM M. GOGEL, JR.<br>11 Case Road<br>Baltimore, Maryland 21222 | * <br> * <br> * | Civil Action No.: |
| and | * | |
| HELEN GOGEL, as Surviving<br>Mother of WILLIAM M. GOGEL, JR.<br>217 Pinewood Road<br>Baltimore, Maryland 21222 | * <br> * | |
| and | * | |
| ELENA RAMOS, Personal<br>Representative of the Estate of<br>FREDY F. CASTRO<br>16905 Cashell Road<br>Olney, Maryland 20832 | * <br> * <br> * | |
| and | * | |
| MARIA A. URIBE, as Surviving<br>Mother of FREDY F. CASTRO<br>16905 Cashell Road<br>Olney, Maryland 20832 | * <br> * <br> * | |

|  |  |
|---|---|
|  | * |
| and |  |
|  | * |
| THIANA CASTRO, as Surviving |  |
| Daughter of FREDY F. CASTRO | * |
| 3902 Holden Street |  |
| Seattle, Washington 98136 | * |
|  |  |
| and | * |
|  |  |
| FREDY ORTIZ, as Surviving Son | * |
| of FREDY F. CASTRO |  |
| 5301 Woodrow Bean Transmountain Road | * |
| El Paso, Texas 79924 |  |
|  | * |
| and |  |
|  | * |
| JOSHUA CASTRO, as Surviving Son |  |
| of FREDY F. CASTRO | * |
| 14402 Gaines Avenue |  |
| Rockville, Maryland 20850 | * |
|  |  |
| Plaintiffs | * |
|  |  |
| v. | * |
|  |  |
| JOHN MAROULIS | * |
| 12216 Distribution Place |  |
| Beltsville, Maryland 20705 | * |
|  |  |
| And | * |
|  |  |
| SHARON MAROULIS | * |
| 12216 Distribution Place |  |
| Beltsville, Maryland 20705 | * |
|  |  |
| Defendants | * |

*************************************************************************

## COMPLAINT

Plaintiffs, Deborah L. Gogel, Amanda Foti, Candace Gogel, Helen Gogel, Elena Ramos, Maria A. Uribe, Thiana Castro, Freddy Ortiz and Joshua Castro, by Paul D. Bekman, Bekman,

Marder & Adkins, L.L.C., Kenneth M. Berman and Berman, Sobin, Gross, Feldman & Darby, L.L.P., sue the Defendants, John Maroulis and Sharon Maroulis, and state as follows:

## FACTS COMMON TO ALL COUNTS

1. This is a case of admiralty and maritime jurisdiction brought under the provision of the Death on the High Seas Act, 46 U.S.C. § 30301, et seq.

2. That at all times hereinafter mentioned the Defendants, John Maroulis and Sharon Maroulis, owned, operated and had in their possession and control the vessel, NAUTI CAT, a passenger vessel of U.S. registry.

3. That on August 5, 2013, the Defendant, John Maroulis was operating the NAUTI CAT on which the Plaintiff's decedents, William M. Gogel, Jr. and Fredy F. Castro were invited passengers on navigable waters off the coast of Ocean City, Maryland.

4. That on August 5, 2013, the said Defendant, John Maroulis, operated and controlled the NAUTI CAT in such a manner as to cause the death of the Plaintiffs' decedents and was negligent in the following respects:

    a. in failing to maintain proper and safe control of the vessel;

    b. in negligently failing to provide a seaworthy vessel;

    c. in failing promulgate and enforce reasonable rules and regulations for the wearing of personal floatation devices aboard the vessel;

    d. in failing to properly maintain the condition of the vessel, including the electrical system and electrical breakers, as well as the bilge pumps of said vessel;

    e. in failing to properly rescue the Plaintiff's decedent;

    f. by placing the NAUTI CAT in an autopilot function and failing to gain proper control of the vessel during the course of the voyage;

    g. and was otherwise careless, reckless and negligent.

5. The deaths of the Plaintiffs' decedent were caused solely by the negligence of the Defendants without any negligence on the part of the Plaintiffs or the Plaintiff's decedents thereunto contributing.

## COUNT I

6. Plaintiffs incorporate paragraphs 1 through 5 of the Complaint as if fully set forth herein.

7. Plaintiff, Deborah L. Gogel, is the Personal Representative of the Estate of William M. Gogel.

8. That by reason of the negligence of the Defendants William M. Gogel died.

9. Plaintiffs, Deborah L. Gogel, Amanda Foti, Candace Gogel and Helen Gogel have suffered pecuniary loss, loss of support, loss of inheritance, loss of services, loss of nurture, guidance, instruction and physical moral training.

10. That by reason of the negligence of those in charge of the NAUTI CAT which culminated in the death of the decedent a cause of action has accrued to the Plaintiffs for compensation to them for all of the damages, injuries and losses, past, present and future, which they have sustained and are sustaining and will in the future, all of which were proximately caused by the negligence of the Defendants without any negligence on the part of the Plaintiff's Decedent thereunto contributing.

WHEREFORE, Plaintiffs, Deborah L. Gogel, Amanda Foti, Candace Gogel, Helen Gogel, Elena Ramos, Maria A. Uribe, Thiana Castro, Freddy Ortiz and Joshua Castro claim the sum of Two Million Dollars ($2,000,000.00) in damages with costs to be paid by the Defendants.

## COUNT II

11. Plaintiffs incorporate paragraphs 1 through 10 of the Complaint as if fully set forth herein.

12. Plaintiff, Elena Ramos, is the Personal Representative of the Estate of Fredy F. Castro.

13. That by reason of the negligence of the Defendants Fredy F. Castro died.

14. Plaintiffs, Elena Ramos, Maria A. Uribe, Thiana Castro, Freddy Ortiz and Joshua Castro have suffered pecuniary loss, loss of support, loss of inheritance, loss of services, loss of nurture, guidance, instruction and physical moral training.

15. That by reason of the negligence of those in charge of the NAUTI CAT which culminated in the death of the decedent a cause of action has accrued to the Plaintiffs for compensation to them for all of the damages, injuries and losses, past, present and future, which they have sustained and are sustaining and will in the future, all of which were proximately caused by the negligence of the Defendants and the unseaworthiness of the vessel without any negligence on the part of the Decedent thereunto contributing.

WHEREFORE, Plaintiffs, Elena Ramos, Maria A. Uribe, Thiana Castro, Freddy Ortiz and Joshua Castro claim the sum of Two Million Dollars ($2,000,000.00) in damages with costs to be paid by the Defendants.

*[signature]*
PAUL D. BEKMAN, Bar No. 00019
BEKMAN, MARDER & ADKINS, L.L.C.
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

*[signature]*
KENNETH M. BERMAN
Berman, Sobin, Gross, Feldman & Darby, LLP
481 North Frederick Avenue, Suite 300
Gaithersburg, Maryland 20877
(301) 670-7030

*Attorneys for Plaintiffs*