

PAUL D. BEKMAN
BEKMAN@BMALAWFIRM.COM

January 8, 2021

> The parties' request to extend by ninety days the deadlines set forth in the Court's September 15, 2020 Marginal Order (ECF No. 73) is hereby APPROVED. So ordered this 8th day of January, 2021.
>
> ⎯⎯⎯⎯/s/⎯⎯⎯⎯
> George L. Russell, III
> United States District Judge

**Via E-Filing**
The Honorable George L. Russell, III
United States District Court
　for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

　　　　Re:　Deborah L. Gogel, et al. v. John Maroulis, et al.
　　　　　　Civil Case No: GLR-16-2695

Dear Judge Russell:

　　　　This letter is a joint request to make a slight modification to the current Scheduling Order in this case.

　　　　Under the Court's Order of September 15, 2020, a copy of which is enclosed, the fact discovery deadline was to be January 15, 2021. The Parties have attempted to complete as much discovery as possible during this time period, but some written discovery and depositions remain to be completed.

　　　　Mr. Currey and I jointly request that we modify this date by ninety days so that it will be extended to April 15, 2021.

　　　　As Your Honor can imagine scheduling depositions even by Zoom during the Pandemic has been a challenge. We hope to be able to conclude all discovery within that period of time and have already scheduled depositions of a number of witnesses within this requested time period. Accordingly, it would require a modification of ninety days for all of the existing deadlines set forth in Gregory P. Currey's letter to you of September 15, 2020.

　　　　Both parties believe this would be the best way to have us complete all that is necessary to put this case in line for trial.

　　　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　PAUL D. BEKMAN

PDB/slm
Enclosure

　　cc:　Gregory P. Currey, Esquire

BEKMAN, MARDER & ADKINS, L.L.C.
300 WEST PRATT STREET • SUITE 450 • BALTIMORE, MARYLAND 21201
410-539-6633 • FAX: 410-625-9554
WWW.BMALAWFIRM.COM



**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law

7 Saint Paul Street, 18th Floor · Baltimore, Maryland 21202 · Phone: 410-659-1300 · Fax: 410-659-1350

GREGORY P. CURREY
Writer's Direct Dial / Email:
(410) 659-1354 / GCurrey@wcslaw.com

September 15, 2020

*FILED VIA ECF SYSTEM*
Hon. George L. Russell III
U.S. District Judge
U.S. District Court of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

> **The Parties' Request to Amend the Scheduling Order as set forth below (ECF No. 72) is hereby APPROVED this 15th day of September, 2020.**
>
> _____**/s/**_____
> **George L. Russell, III**
> **United States District Judge**

Re:    *Gogel et al. v. Maroulis, et al.*
       Civil No. GLR 16-2695

Dear Judge Russell:

Pursuant to the Court's Order marginal order dated February 5, 2020 (ECF No. 71), counsel for the parties have conferred and hereby jointly request that the Scheduling Order in this matter (ECF NO. 70) be modified as follows due to difficulties completing fact discovery due to the ongoing impacts of COVID-19:

January 15, 2021 – Fact Discovery Deadline; submission of status report
February 15, 2021 – Plaintiffs' Rule 26(a)(2) disclosures
March 15, 2021 – Defendants' Rule 26(a)(2) disclosures
April 15, 2021 – Plaintiffs' rebuttal Rule 26(a)(2) disclosures
June 1, 2021 - Expert Discovery Deadline, submission of status report
June 16, 2021 - Request for admission
July 16, 2021 – Dispositive pretrial motions deadline

Very Truly Yours,

*/s/ Gregory Currey*

Gregory P. Currey, Esq.

Cc:    All Counsel of Record

{00418643v. (10692.00018)}